UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  SA CV 01-395 DOC(ANx)                     Date October 1, 2001

Title  JAMES F. McNULTY, JR. -v- TASER INTERNATIONAL, INC., et. al.,
======================================================================

PRESENT:

   HON. **DAVID O. CARTER**, JUDGE

| Kristee Hopkins | Debbie Gale |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

James F. McNulty, Jr. pro se            Thomas G. Watkins III
                                        Robert John Chavez
                                        Gregory M. Kunert
                                        Carol Ann Rohr

**PROCEEDINGS:**        SCHEDULING CONFERENCE

   The matter is called. Counsel state their appearances.

   The Court conducts the Scheduling Conference. The Court sets the following case management dates:

    Discovery Cut-Off        -  01-08-2002
    Motion Cut-Off           -  02-04-2002
    Pretrial Conference      -  02-25-2002 at 8:30 a.m.
    Jury Trial               -  03-19-2002 at 8:30 a.m.
    Trial Estimate           -  3 days

   Pretrial Scheduling Order signed, served on counsel in open court, and filed this date.

   Customer defendants are stayed until April 15, 2002. Accordingly, the hearing set for October 29, 2001 at 8:30 a.m. is removed from the Court's calendar.

   The Court sets a Status Conference Regarding the Stayed Customer Defendants for April 15, 2002 at 8:30 a.m.

   Plaintiff's Motion for Summary Adjudication set for October 22, 2001 at 8:30 a.m. is VACATED as it is premature. Plaintiff may re-file the motion when it is timely to do so.

ENTER ON ICMS

OCT - 4 2001

INITIALS OF DEPUTY CLERK